IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALCON RESEARCH, LTD., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 16-129 (LPS) (SRF) |
| | ) |
| WATSON LABORATORIES, INC., | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

Pursuant to Rules 41(a)(l) and 41(c) of the Federal Rules of Civil Procedure, Plaintiff Alcon Research, Ltd. ("Alcon") and Defendant Watson Laboratories Inc. ("Watson") hereby stipulate and agree that Alcon's action against Watson and Watson's action against Alcon, including all claims and defenses asserted by Alcon against Watson and all claims and defenses asserted by Watson against Alcon, are hereby dismissed with prejudice. All parties shall bear their own costs, disbursements and attorneys' fees.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *Jack B. Blumenfeld*
_____
Jack B. Blumenfeld (#1014)
Derek J. Fahnestock (#4705)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
dfahnestock@mnat.com

*Attorneys for Plaintiff*

PHILLIPS, GOLDMAN, MCLAUGHLIN & HALL, P.A.

/s/ *John C. Phillips, Jr.*
_____
John C. Phillips, Jr. (#110)
David A. Bilson (#4986)
1200 North Broom Street
Wilmington, DE 19806-4204
(302) 655-4200
jcp@pgmhlaw.com
dab@pgmhlaw.com

*Attorneys for Defendant*

| | |
|---|---|
| OF COUNSEL: | OF COUNSEL: |
| Adam L. Perlman<br>David M. Krinsky<br>Adam D. Harber<br>David M. Horniak<br>Shaun P. Mahaffy<br>James W. Kirkpatrick<br>WILLIAMS & CONNOLLY LLP<br>725 Twelfth Street, N.W.<br>Washington, DC  20005<br>(202) 434-5000 | James Hurst<br>KIRKLAND & ELLIS LLP<br>300 N. LaSalle<br>Chicago, IL 60654<br>(312) 862-2000<br><br>Thomas F. Fleming<br>Christopher T. Jagoe<br>Jeanna Wacker<br>Ashley Ross<br>Jessica Lam<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>(212) 446-4800<br><br>Kristen P.L. Reichenbach<br>KIRKLAND & ELLIS LLP<br>555 California Street<br>San Francisco, CA 94104<br>(415) 439-1400 |

September 27, 2018

      SO ORDERED this ___ day of _____, 2018.

 

                                               _____
                                               The Honorable Leonard P. Stark